NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CURTIS D. GODFREY,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1531

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2647, Senior Judge William P. Greene, Jr..

---

## O R D E R

On June 5, 2025, this court docketed an order directing Curtis D. Godfrey to submit a corrected opening brief "within 21 days from the date of entry of this order…". To date, the court has not received a corrected filing from Mr. Godfrey.

Accordingly,

2                                                         GODFREY V. COLLINS

IT IS ORDERED THAT:

(1) The notice of appeal be, and the same hereby is,
DISMISSED, for failure to prosecute in accordance
with the rules. See Federal Circuit Rule 25(h).

FOR THE COURT

July 9, 2025
Date

Jarrett B. Perlow
Clerk of Court